## 23534

Charles Eugene BABB, Petitioner v. STATE of South Carolina, Respondent.

(412 S.E. (2d) 414)

Supreme Court

*Asst. Appellate Defender Daniel T. Stacey, South Carolina Office of Appellate Defense,* Columbia, *for petitioner.*

*Atty. Gen. T. Travis Medlock, Chief Deputy Atty. Gen. Donald J. Zelenka,* and *Asst. Atty. Gen. Delbert H. Singleton, Jr.,* Columbia, *for respondent.*

Submitted Nov. 21, 1991.

Decided Dec. 16, 1991.

## ON WRIT OF CERTIORARI

*Per Curiam:*

We granted petitioner's application for writ of certiorari to review the denial of his application for post-conviction relief. We dismiss the writ as improvidently granted.

Dismissed.